■ RONALD HEINICKE, Respondent, v. RUTH MENDELSOHN, Appellant.—

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

■ FRANK HEITMAN, Appellant, v. BENJAMIN SLATKIN, Doing Business as LIBERTY CLEANING & DYEING Co., Defendant, and HARRY LEHRBAUM, Respondent.

Christ, Acting P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.